UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

Colette Stroude, on behalf of herself and all others similarly situated,

                                      Plaintiff,

-v.-

SCL Grill. LLC

                                      Defendants.

Civil Action No:
1:23-cv-8705

---------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, SCL Grill, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 20, 2024

| For Plaintiff Colette Stroude | For Defendant SCL Grill, LLC |
|---|---|
| _s/PeterPaul Shaker_____<br>PeterPaul Shaker<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>pshaker@steinsakslegal.com | _s/Ryan T. Benson_____<br>Ryan T. Benson<br>O'Hagan Meyer, LLC<br>One East Wacker Drive Suite 3400<br>Chicago, IL 60601<br>Ph:  (312) 422-6100<br>rbenson@ohaganmeyer.com |

## CERTIFICATE OF SERVICE

I certify that on February 20, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         */s/ PeterPaul Shaker*
                                         PeterPaul Shaker
                                         **Stein Saks, PLLC**
                                         One University Plaza
                                         Hackensack, NJ 07601
                                         *Attorneys for Plaintiff*